June 20, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

UNIVERSITY GENERAL HOSPITAL LP AND ASCENSION PHYSICIAN SOLUTIONS, LLC, Appellants

NO. 14-11-00988-CV                          V.

PREXUS HEALTH CONSULTANTS, LLC AND PREXUS HEALTH, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Prexus Health Consultants, LLC and Prexus Health, LLC, signed October 11, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to (1) delete the award of $900,000.00 in lost profits as a result of University General Hospital, LP's breach of the Professional Services Agreement and (2) delete the award of $1,200,000.00 in lost profits as a result of Ascension Physician Services, LLC's breach of the Consulting Services Agreement.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellees, Prexus Health Consultants, LLC and Prexus Health, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.